UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOMINIC J. AFFINITO, et al., <br><br> Defendants. | Case No. 13-cv-03003-NJV <br><br> **ORDER SETTING CASE MANAGEMENT CONFERENCE** <br><br> **[Reassigned Case]** <br><br> Re: Dkt. No. 5 |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter having been reassigned to the Honorable Nandor J. Vadas.  It is hereby ordered, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, that a Case Management Conference shall be held in this case on  September 24, 2013, at 2:00 P.M.., in Courtroom 205A, 2nd floor, Federal Court Building, 514 H Street, Eureka, CA 95501-1038.  The parties may appear by telephone by dialing 888-684-8852 and entering the access code 1868782.

Counsel shall meet and confer as required by Fed. R. Civ. P. 26(f) prior to the Case Management Conference with respect to those subjects set forth in Fed. R. Civ. P. 16(c).  **Not less than seven (7) days** before the conference, counsel shall file a joint case management statement addressing each of the items listed in the "Standing Order For All Judges of the Northern District -- Contents of Joint Case Management statement," which is attached to this order and can also be found on the court's website.  A proposed order is not necessary.  Following the conference, the court will enter its own Case Management and Pretrial Order.  If any party is proceeding without counsel, separate statements may be filed by each party.

Each party shall appear personally or by counsel prepared to address all of the matters referred to in this Order and with authority to enter stipulations and make admissions pursuant to

1   this Order.  Any request to reschedule the date of the conference shall be made in writing, and by

2   stipulation if possible, at least  ten (10) days before the date of the conference and must be based

3   upon good cause.

4   **IT IS SO ORDERED.**

5   Dated: 7/15/13



NANDOR J. VADAS
United States Magistrate Judge