Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | CASE NO. 3:13-cv-03003-SI |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO COMPLETE SERVICE; AND ORDER (Proposed) |
| v. | |
| DOMINIC J. AFFINITO, et al. | |
| DefendantS. | |

TO THE HONORABLE SUSAN ILLSTON, THE PARTIES AND THEIR ATTORNEY/S OF RECORD:

As of this date, Plaintiff has been unable to successfully serve its initiating suit papers upon defendants Dominic J. Affinito and Juliette C. Affinito, individually and d/b/a Joe Peppers BBQ Lounge.

WHEREFORE, Plaintiff makes the following representations and recommendations:

1.    On June 28, 2013, Plaintiff's Complaint was filed against Defendants Dominic J. Affinito and Juliette C. Affinito, individually and d/b/a Joe Peppers BBQ Lounge.

///

///

2.      Plaintiff has *not* perfected service of the initiating suit papers upon the Defendant, Dominic J. Affinito and Juliette C. Affinito, individually and d/b/a Joe Peppers BBQ Lounge, despite diligent efforts to do so.

3.      As of this writing, Plaintiff's process server has made numerous different attempts to serve defendants Dominic J. Affinito and Juliette C. Affinito with its suit papers.  These attempts have been unsuccessful (Please find a true and correct copy of the process server's Status Reports attached hereto and made part hereof as Plaintiff's Exhibit 1).

4.      In addition, Plaintiff's counsel in this instant action is ordered to appear for three (3) mediations in the United States District Court for the Central District of California, Western Division in Los Angeles in the matters of *J & J Sports Productions, Inc. v. Nguyen*; Case No. 8:12-cv-01953-WDK-FMO,  *J & J Sports Productions, Inc. v. Lorena Moreno*; Case No. 2:11-cv-02022-WDK-PLA, and *J & J Sports Productions, Inc. v. Rubalcaba*; Case No. 8:12-cv-00705-WDK-FMO at 11:00 AM, 1:00 PM, and 2:00 PM that very same day.

5.      Plaintiff Joe Hand Promotions, Inc., hereby applies *ex parte* for an order further continuing the Initial Case Management Conference presently set for September 20, 2013 at 2:30 PM. As set forth below, Plaintiff respectfully requests this Honorable Court continue the Status Conference and extend the time to complete service an additional Thirty (30) days to Forty-Five (45) days.

///

///

///

///

///

///

///

///

///

1    **WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Status

2  Conference, presently scheduled for May 4, 2012 at 10:30 AM and permit Plaintiff an additional Thirty

3  (30) days to Forty-Five (45) days from today's date to effectuate service of the Summons and

4  Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a

5  Notice of Voluntary Dismissal as to the named defendant.

6                                                  Respectfully submitted,

7

8  Dated:  April 26, 2012                          /s/ Thomas P. Riley

9                                                  **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                                   By: Thomas P. Riley
10                                                 Attorneys for Plaintiff
                                                   Joe Hand Promotions, Inc.
11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
THE INITIAL CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO
COMPLETE SERVICE; AND ORDER (Proposed)
CASE NO. 3:13-cv-03003-SI

# Exhibit 1

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| THOMAS P. RILEY, ESQ.<br>THOMAS P. RILEY PC, LAW OFFICES OF<br>1114 FREMONT AVENUE    tprlaw@att.net  SOUTH PASADENA, CA 91030    SBN: 194706 | |

TELEPHONE NO.: **(626) 799-9797**       FAX NO.: **(626) 799-9795**
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: **PLAINTIFF**

**UNITED STATES DISTRICT COURT**

STREET ADDRESS: **450 GOLDEN GATE #1111**

MAILING ADDRESS:

CITY AND ZIP CODE: **SAN FRANCISCO, CA 94102**

BRANCH NAME: **NORTHERN DISTRICT**

PLAINTIFF/PETITIONER: **JOE HAND PROMOTIONS, INC.**

DEFENDANT/RESPONDENT: **DOMINIC J. AFFINITO**

| **DECLARATION OF DILIGENCE** | CASE NUMBER:<br>**CV 13 3003 DMR** |
|---|---|

I received the within process on July 19, 2013 and that after due and diligent effort I have been able to serve said person. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee: **DOMINIC J. AFFINITO, INDIVIDUALLY AND D/B/A JOE PEPPERS BBQ & LOUNGE A/K/A PEPPERS**

Documents: **summons;complaint;Civil Cover Sheet; Certification and Notice of Interested Parties; Order Setting Initial Case Management Conference and ADR Deadlines**

As enumerated below:
  **07/24/2013 -- 03:20 pm**  206 VIA LANTANA, APTOS, CA 95003
      NO ANSWER (RESIDENCE);NO ACTIVITY.TAGS ON DOOR KNOB AND STEP. MIGHT BE A VACATION HOME.
  **08/05/2013 -- 03:30 pm**  206 VIA LANTANA, APTOS, CA 95003
      NO ANSWER (RESIDENCE).
  **08/06/2013 -- 08:10 am**  206 VIA LANTANA, APTOS, CA 95003
      NO ANSWER (RESIDENCE).
  **08/10/2013 -- 05:30 pm**  206 VIA LANTANA, APTOS, CA 95003
      NO ANSWER (RESIDENCE).
  **08/14/2013 -- 04:45 pm**  206 VIA LANTANA, APTOS, CA 95003
      NO ANSWER (RESIDENCE).
  **08/18/2013 -- 05:15 pm**  206 VIA LANTANA, APTOS, CA 95003
      NO ANSWER (RESIDENCE). NO ONE HAS ENTERED THE GARAGE SINCE 8/5/13 WHEN DOOR WAS TAGGED.
  **08/24/2013 -- 11:00 am**  206 VIA LANTANA, APTOS, CA 95003
      NO ANSWER (RESIDENCE).
  **08/31/2013 -- 01:40 pm**  206 VIA LANTANA, APTOS, CA 95003
      NO ANSWER (RESIDENCE);NO ACTIVITY.
  **09/04/2013 -- 06:10 pm**  206 VIA LANTANA, APTOS, CA 95003
      NO ANSWER (RESIDENCE);LOOKS LIKE SOMEONE ENTERED, MARKER GONE.

**Continued on Next Page**

County: **SAN BENITO**
Registration No.:  **37**
**Rezac Meyer Attorney Service
1610 Beverly Blvd., Ste. 1
Los Angeles, CA 90026
(213) 481-1770**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **09/18/2013.**

Signature: _____
         **ANDREW WILLIAMS**

**DECLARATION OF DILIGENCE**

Order#: LA124090/DilFormat.mdl

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>**THOMAS P. RILEY, ESQ.**                                    **SBN: 194706**<br>**THOMAS P. RILEY PC, LAW OFFICES OF**<br>**1114 FREMONT AVENUE**      tprlaw@att.net  **SOUTH PASADENA, CA 91030**<br><br>   TELEPHONE NO.: **(626) 799-9797**                         FAX NO.: **(626) 799-9795**<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*:  **PLAINTIFF** | FOR COURT USE ONLY |

**UNITED STATES DISTRICT COURT**

   STREET ADDRESS: **450 GOLDEN GATE #1111**

   MAILING ADDRESS:

   CITY AND ZIP CODE: **SAN FRANCISCO, CA 94102**

   BRANCH NAME: **NORTHERN DISTRICT**

PLAINTIFF/PETITIONER:   **JOE HAND PROMOTIONS, INC.**

DEFENDANT/RESPONDENT:   **DOMINIC J. AFFINITO**

| | |
|---|---|
| **DECLARATION OF DILIGENCE** | CASE NUMBER:<br>   **CV 13 3003 DMR** |

I received the within process on July 19, 2013 and that after due and diligent effort I have been able to serve said person.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

   Servee:  **DOMINIC J. AFFINITO, INDIVIDUALLY AND D/B/A JOE PEPPERS BBQ & LOUNGE A/K/A PEPPERS**

   Documents:  **summons;complaint;Civil Cover Sheet; Certification and Notice of Interested Parties; Order Setting Initial Case Management Conference and ADR Deadlines**


As enumerated below:

**Continued from Previous Page**

09/10/2013 -- 04:45 pm  206 VIA LANTANA, APTOS, CA 95003
      NO ANSWER (RESIDENCE).


County:  **SAN BENITO**
Registration No.:  **37**
**Rezac Meyer Attorney Service**
**1610 Beverly Blvd., Ste. 1**
**Los Angeles, CA 90026**
**(213) 481-1770**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **09/18/2013.**


   Signature: _____

                              **ANDREW WILLIAMS**

**DECLARATION OF DILIGENCE**

Order#: LA124090/DilFormat.mdl

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ.         SBN: 194706<br>THOMAS P. RILEY PC, LAW OFFICES OF<br>1114 FREMONT AVENUE    tprlaw@att.net  SOUTH PASADENA, CA 91030 | | |

TELEPHONE NO.: (626) 799-9797       FAX NO.: (626) 799-9795

E-MAIL ADDRESS *(Optional)*:

ATTORNEY FOR *(Name)*: PLAINTIFF

UNITED STATES DISTRICT COURT

   STREET ADDRESS: 450 GOLDEN GATE #1111

   MAILING ADDRESS:

   CITY AND ZIP CODE: SAN FRANCISCO, CA 94102

   BRANCH NAME: NORTHERN DISTRICT

PLAINTIFF/PETITIONER: **JOE HAND PROMOTIONS, INC.**

DEFENDANT/RESPONDENT: **DOMINIC J. AFFINITO**

**DECLARATION OF DILIGENCE**

CASE NUMBER: CV 13 3003 DMR

I received the within process on July 19, 2013 and that after due and diligent effort I have been able to serve said person. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

    Servee:   **JULIETTE C. AFFINITO, INDIVIDUALLY AND D/B/A JOE PEPPERS BBQ & LOUNGE A/K/A PEPPERS**

  Documents:   **summons;complaint;Civil Cover Sheet; Certification and Notice of Interested Parties; Order Setting Initial Case Management Conference and ADR Deadlines**

As enumerated below:

  07/24/2013 -- **03:20 pm**  206 VIA LANTANA, APTOS, CA 95003
     NO ANSWER (RESIDENCE);NO ACTIVITY.TAGS ON DOOR KNOB AND STEP. MIGHT BE A VACATION HOME.
  08/05/2013 -- **03:30 pm**  206 VIA LANTANA, APTOS, CA 95003
     NO ANSWER (RESIDENCE).
  08/06/2013 -- **08:10 am**  206 VIA LANTANA, APTOS, CA 95003
     NO ANSWER (RESIDENCE).
  08/10/2013 -- **05:30 pm**  206 VIA LANTANA, APTOS, CA 95003
     NO ANSWER (RESIDENCE).
  08/14/2013 -- **04:45 pm**  206 VIA LANTANA, APTOS, CA 95003
     NO ANSWER (RESIDENCE).
  08/18/2013 -- **05:15 pm**  206 VIA LANTANA, APTOS, CA 95003
     NO ANSWER (RESIDENCE). NO ONE HAS ENTERED THE GARAGE SINCE 8/5/13 WHEN DOOR WAS TAGGED.
  08/24/2013 -- **11:00 am**  206 VIA LANTANA, APTOS, CA 95003
     NO ANSWER (RESIDENCE).
  08/31/2013 -- **01:40 pm**  206 VIA LANTANA, APTOS, CA 95003
     NO ANSWER (RESIDENCE);NO ACTIVITY.
  09/04/2013 -- **06:10 pm**  206 VIA LANTANA, APTOS, CA 95003
     NO ANSWER (RESIDENCE);LOOKS LIKE SOMEONE ENTERED, MARKER GONE.

**Continued on Next Page**

County: **SAN BENITO**
Registration No.: 37
**Rezac Meyer Attorney Service
1610 Beverly Blvd., Ste. 1
Los Angeles, CA 90026
(213) 481-1770**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **09/18/2013.**

Signature: _____

ANDREW WILLIAMS

**DECLARATION OF DILIGENCE**

Order#: LA124092/DilFormat.mdl

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>THOMAS P. RILEY, ESQ.<br>THOMAS P. RILEY PC, LAW OFFICES OF<br>1114 FREMONT AVENUE    tprlaw@att.net  SOUTH PASADENA, CA 91030 | SBN: 194706 | FOR COURT USE ONLY |
|---|---|---|
| TELEPHONE NO.: (626) 799-9797                    FAX NO.: (626) 799-9795 | | |
| E-MAIL ADDRESS *(Optional)*: | | |
| ATTORNEY FOR *(Name)*: PLAINTIFF | | |

**UNITED STATES DISTRICT COURT**

STREET ADDRESS: 450 GOLDEN GATE #1111

MAILING ADDRESS:

CITY AND ZIP CODE: SAN FRANCISCO, CA 94102

BRANCH NAME: NORTHERN DISTRICT

PLAINTIFF/PETITIONER:  **JOE HAND PROMOTIONS, INC.**

DEFENDANT/RESPONDENT:  **DOMINIC J. AFFINITO**

| **DECLARATION OF DILIGENCE** | CASE NUMBER:<br>CV 13 3003 DMR |
|---|---|

I received the within process on July 19, 2013 and that after due and diligent effort I have been able to serve said person.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

      Servee:  **JULIETTE C. AFFINITO, INDIVIDUALLY AND D/B/A JOE PEPPERS BBQ & LOUNGE A/K/A PEPPERS**

    Documents:  **summons;complaint;Civil Cover Sheet; Certification and Notice of Interested Parties; Order Setting Initial Case Management Conference and ADR Deadlines**

As enumerated below:

**Continued from Previous Page**

    09/10/2013 -- 04:45 pm  206 VIA LANTANA, APTOS, CA 95003
        NO ANSWER (RESIDENCE).

County:  **SAN BENITO**
Registration No.:  **37**
**Rezac Meyer Attorney Service
1610 Beverly Blvd., Ste. 1
Los Angeles, CA 90026
(213) 481-1770**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **09/18/2013.**

Signature: _____

                 **ANDREW WILLIAMS**

**DECLARATION OF DILIGENCE**

Order#: LA124092/DilFormat.mdl

**ORDER** (Proposed)


It is hereby ordered that the Status Conference in civil action number 3:13-cv-03003-SI styled *Joe Hand Promotions, Inc. v. Dominic J. Affinito, et al.*, is hereby continued from 2:30 PM, September 20, 2013 to <u>November 8, 2013, at 2:30 p.m.</u>

Plaintiff is granted an additional thirty (30) days to forty-five (45) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to defendant Dominic J. Affinito, individually and d/b/a Joe Peppers BBQ Lounge, where service has not been made or service by publication requested.

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.


**IT IS SO ORDERED:**



Dated: 9/18/13

_____
**THE HONORABLE SUSAN ILLSTON**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
THE INITIAL CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO
COMPLETE SERVICE; AND ORDER (Proposed)
CASE NO. 3:13-cv-03003-SI

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On September 18, 2013, I served:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO COMPLETE SERVICE; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Dominic J. Affinito (Defendant)
6269 East Highway 20
Lucerne, CA 95458

Juliette C. Affinito (Defendant)
6269 East Highway 20
Lucerne, CA 95458

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 18, 2013, at South Pasadena, California.

Dated:  September 18, 2013                              */s/ Stefanie Martinez*
                                                        **STEFANIE MARINEZ**

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
THE INITIAL CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO
COMPLETE SERVICE; AND ORDER (Proposed)
CASE NO. 3:13-cv-03003-SI