**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS,

      Plaintiff,

  v.

DOMINIC J AFFINITO et al.,

      Defendants.

                  /

No. C 13-03003 SI

**JUDGMENT**

Plaintiff'S motion for default judgment was granted on March 14, 2014. Accordingly, judgment is entered against defendants and in favor of plaintiff in the amount of $3,000.00.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 14, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE